**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN HERNANADEZ and TAN NGUYEN,
individually and on behalf of all others
similarly situated,

        Plaintiff,

v.

FOCUSMICRO, INC.,

        Defendant.

_____/

No. C -11-05621(EDL)

**ORDER**

Upon consideration of Plaintiffs' unopposed motion to continue the case management conference scheduled for August 29, 2012 (Docket No. 46), it is HEREBY ORDERED that the motion is GRANTED.  The case management conference is continued to November 27, 2012, at 10:00 a.m.

IT IS SO ORDERED.

Dated: August 21, 2012

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge