IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN HERNANADEZ and TAN NGUYEN, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>FOCUSMICRO, INC.,<br><br>　　　　Defendant. | No. C -11-05621(EDL)<br><br>**ORDER** |

Upon consideration of Plaintiffs' unopposed motion to continue the case management conference scheduled for August 29, 2012 (Docket No. 46), it is HEREBY ORDERED that the motion is GRANTED.  The case management conference is continued to November 27, 2012, at 10:00 a.m.

IT IS SO ORDERED.

Dated: August 21, 2012

　　　　　　　　　　　　　　　　　　　　　　　　ELIZABETH D. LAPORTE
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge