RANDALL B. AIMAN-SMITH #124599
REED W.L. MARCY #191531
HALLIE VON ROCK #233152

aiman-smith&marcy

7677 oakport street suite 1020
oakland california 94621
t:510.562.6800 f:510.562.6830

Attorneys for Plaintiffs
John Hernandez and Tan Nguyen

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN HERNANDEZ and TAN NGUYEN, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>FOCUSMICRO, INC., and DOES 1 through 250,<br><br>    Defendants. | Case No.: C 11-05621 EDL<br><br>[PROPOSED] ORDER GRANTING PLAINTIFFS JOHN HERNANDEZ AND TAN NGUYEN'S REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE<br><br>**Courtroom E, 15th Floor**<br><br>**Hon. Elizabeth D. Laporte** |

1     Having read and considered Plaintiffs John Hernandez and Tan Nguyen's Request to
2 Continue the Case Management Conference, currently set for November 27, 2012, for at least
3 45 days, and good cause appearing therefore,
4     IT IS ORDERED THAT plaintiffs' request is granted.
5     The Case Management Conference shall be continued to January 15, 2013, at 10:00 a.m.
6     An updated Case Management Statement shall be due no later than January 8, 2013.

DATED: November 21, 2012

*Elizabeth D. Laporte*
Elizabeth D. Laporte
United States Magistrate Judge