UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**JOHN HERNANADEZ**

    Plaintiff(s),          No. C-**11-05621** EDL

    v.          **ORDER OF CONDITIONAL DISMISSAL**

**FOCUSMICRO, INC.**

    Defendants.

    The Court, having been advised that this case has settled, HEREBY ORDERS that this case is dismissed without prejudice, with leave to reinstate on or before November 12, 2013, for the purpose of proceeding with the litigation in the event a settlement has not been completed prior to that date. In the event a request to reinstate the case is not filed and served on opposing counsel on or before the foregoing date, the dismissal will be with prejudice.

IT IS SO ORDERED.

Dated: August 15, 2013

ELIZABETH D. LAPORTE
United States Chief Magistrate Judge